IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOHN DOE, JOHN DOE II, and § | | |
| JOHN DOE III § | | |
| § | | |
| § | | |
| § | | |
| § | | |
| VS. § | CIVIL ACTION NO. 2:08-cv-00299 | |
| § | | |
| § | | |
| ST. STEPHEN'S EPISCOPAL SCHOOL, et al. § | | |

**PLAINTIFFS' DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO RULE 26(a)**

**JOHN DOE, JOHN DOE II and JOHN DOE III**, Plaintiffs in the above-styled and numbered cause, hereby serve this disclosure upon counsel for Defendants. Plaintiffs reserve the right to amend and/or supplement these disclosures.

(A) The identity of any person who may be used at trial to present evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence.

**Herbert Burkman PhD.**
**2501 Oak Lawn Ave. Ste. 560**
**Dallas, Tx. 75219**

**Pamela Lewis, PhD**
**Rehabilitation Services Associates**
**4902 Linden St.**
**Bellaire, TX 77401**

**Harvey A. Rosenstock, M.D., F.A.C. Psych.**
**4747 Bellaire Blvd., Suite 550,**
**Bellaire, TX 77401**

**Gary Richard Schoener, M.Eq.**
**Gary R. Schoener Consulting**
**4033 Dupont Ave. S**
**Minneapolis, MN. 55404**

**Also please see attached Exhibit A.**

(B) With respect to a witness who is retained or specially employed to provide expert testimony in this case, a written report prepared and signed by the witness. The report shall contain the qualifications of the witness, including all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and testimony; and a list of all other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.

**Please see attached reports of Herbert Burkman PhD.**, **Pamela Lewis, PhD**, **Harvey A. Rosenstock, M.D., F.A.C. Psych.**, **and Gary Richard Schoener, M.Eq. Also see attached Cvs of Herbert Burkman PhD., Pamela Lewis, PhD, Harvey A. Rosenstock, M.D., F.A.C. Psych., and Gary Richard Schoener, M.Eq., including a publications list, case list and fee schedule for each expert.**

Respectfully submitted,

**SMITH PEAVY, L.L.C.**

By:    /S/ Felecia Y. Peavy
    Felecia Y. Peavy, Attorney-in-Charge
    Federal ID No. 13530
    Texas Bar No. 15698820
    808 Travis, Suite 1420
    Houston, Texas 77002
    (713) 227-7100
    (713) 236-8547 (FAX)

**LAW OFFICE OF TAHIRA KHAN MERRITT**

By:    /S/ Tahira Khan Merritt
    Tahira Khan Merritt
    Federal ID No. 17525
    Texas Bar No. 11375550
    8499 Greenville Ave., Suite 206
    Dallas, TX 75231-2424
    (214) 503-7300
    (214) 503-7301 (FAX)

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

   I certify that a true and correct copy of the foregoing was filed electronically with the United States District Court for the Southern District of Texas, Corpus Christi Division, with notice of the case activity to be generated and sent electronically by the Clerk of Court with ECF notice being sent to the following counsel of record or otherwise, pursuant to the Federal Rules of Civil Procedure on this the 22nd day of July, 2009:

Shadow Sloan
1001 Fannin Street, Ste. 2500
Houston, Texas 77002

Darrell Barger
Shoreline Blvd, Ste. 2000, North Tower
Corpus Christi, Texas 77840

James Chrisman Phillips
816 Congress, Ste. 1900
Austin, Texas 78701

                /S/ Felecia Y. Peavy
                Felecia Y. Peavy