**EXHIBIT A**

Terry Douglass, ARPN, PhD
6863 Eagle Harbor Drive NE
Bainbridge Island, WA 98110

Melissa Perrin, Psy.D.
2530 Crawford Ave., Suite 203
Evanston, IL 60201

Physicians and/or Custodian of the Records
St. Luke's Hospital
6720 Bertner Ave.
Houston, Texas 77030

Jane Hickerson
Praesidium, Inc.
624 Six Flags Dr., Ste. 110
Arlington, Texas 76011