IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOHN DOE, JOHN DOE II, and<br>JOHN DOE III | § § § § § § | |
| VS. | § | CIVIL ACTION NO. 2:08-cv-00299 |
| ST. STEPHEN'S EPISCOPAL SCHOOL, et al. | § § § | |

**ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE OPINION TESTIMONY OF DEFENDANTS' EXPERT BARBARA LONG, MD.**

**ON THIS DAY CAME ON TO BE HEARD**, the Motion to Exclude Opinion Testimony of Defendants' Expert Barbara Long, Md. The Court finds that the Motion should be Granted.

Signed and entered this _____ day of _____, 2009.

_____
U.S. District Judge Presiding