# EXHIBIT

# "D"

## RESUME
Barbara Long, M.D., Ph.D.
3527 Woodhaven Road, Atlanta, GA 30305
Office: 404/812-0346; Fax: 404/812-0348

<u>Undergraduate</u>: Vassar College, Poughkeepsie, New York, A.B., 1972 Honors, Major, Biology.

<u>Graduate</u>: Harvard University, Cambridge, Massachusetts, A.M., 1973; Ph. D., 1982, (Medical Anthropology). National Institute for Health Fellowship, 1972-1974, Milton Fund Fellowship for Research, 1973, Travelling Scholar, 1980-1982.

<u>Medical School</u>: University of Alabama in Birmingham, M.D., 1977. Caduceus Club Research Fellowship, 1975; Superior Scholastic Achievement Award, 1977, Buttle S. Searcy Award for Achievement in Psychiatry, 1977

<u>Postgraduate Training</u>: Six month Postgraduate Year I rotation in Pediatrics, Mt. Sinai Hospital, Hartford, Connecticut, July 1977-December 1977. Residency in Psychiatry, Institute of Living, Hartford, Connecticut, 1977-1981. Lecturer on Human Sexuality for University of Connecticut medical students at the Institute of Living; Ginsburg Fellow, Group for the Advancement of Psychiatry, 1979-1980 (Member of the Committee on Medical Education and Representative to the Board of Directors, GAP); post-doctoral research at the University of Oxford, 1988-1989. Advanced course work in Forensic Psychiatry including personal injury and psychological damages, and the detection of malingering offered by American Academy of Psychiatry and the Law (AAPL). MMPI-2 Workshop, St. Petersburg, FL 3/1995; Qualified by Pearson Assessments at Level C (highest level) to purchase their psychological instruments, including the MMPI-2 and MCMI-III. Qualified by Psychological Assessment Resources at Level C (highest level) to purchase their psychological instruments, including the SIRS. Rorschach Workshops training course in Exner's Comprehensive System completed 11/05. Qualified to purchase Ror-scan software for scoring and interpreting Rorschach

<u>Vocational</u>. Private Practice (Minneapolis, Minnesota, 1981-1995; Atlanta 1995-present): Staff Abbott-Northwestern Hospital, 1981-1995, previously, Consultant, Minneapolis Heart Institute Transplantation and Artificial Heart Program; Consultant, Abbott-Northwestern Hospital Chronic Pain Program, 1981-1995; Minnesota Board of Medical Practice Examiner, 1993-1995; Psychiatric consultant to the legal community in assessing psychological harm in personal injury and other civil cases, post-traumatic stress disorder, sexual abuse, commitment, custody, disability, work-related injury, competency, and the insanity defense. Psychiatric consultant to industry and medical/mental health community regarding diagnosis, treatment options, workplace problems, such as psychiatric disability, possible violence, acute psychiatric decompensation, stalking, risk assessment (suicide, homicide). Teaching (e.g. American Academy of Psychiatry and the Law, F.B.I.--2002*, Menninger Foundation--2003, A.B.A E.E.O.C Division--2003). Board Member, Justice Center of Atlanta, 1997-2004, Justice Center of Atlanta Mediator Training 12/97

<u>Licensure</u>. CT, 1978-1982, MN 1981-Present, CA 1983-1988, FL 1987-1996, 2002-present, GA 1995-Present.

<u>Specialty Certification</u>: American Board of Psychiatry and Neurology, Diplomate, 1982; American Board of Psychiatry and Neurology 1984-Present: Examiner, National Examining Team, Senior Examiner

<u>Memberships</u>: American Psychiatric Association, 1978-Present (APA Distinguished Fellow), Group for the Advancement of Psychiatry (Committee on Work and Organizations) 1996-Present Georgia Psychiatric Physicians Association, 1995-present

<u>Publications</u>. "Sexual Harassment - A Case of Workplace Aggression," *Psychiatric Annals* 28:5/May 1998. "The MMPI-2 in Sexual Harassment/Discrimination Litigants," (with James N. Butcher, Ph.D., R. Owen Nelsen, Ph.D., and Steven Rouse, Ph.D) *J Clinical Psychology*, Vol. 60(6), 1-15, 2004; "The Social Climate of Violence and the Hostile Workplace Harassment and Bullying," in Carol Wilkinson, M.D and Corinne Peek-Asu *Clinics in Occupational and Environmental Medicine* Vol 3, 803-820, 2003; "Chapter 3: Forces Disrupting Relationships at Work," in *Business Is Personal*, Committee on Work, Group for the Advancement of Psychiatry, submitted for publication 2007. "Forensic Psychiatric Evaluation of Emotional Distress Claims, Parts 1 and 2: posted on http://www.quirkyemploymentquestions.com/qq/, May and June 2009

*See Eugene A Rugala and Arnold R Issacs, Eds. *Workplace Violence—Issues In Response*. Quantico, VA Critical Incident Response Group, National Center for the Analysis of Violent Crime, F.B.I Academy, U.S. Department of Justice, 2004 (http://www.fbi.gov/publications/violence.pdf)

Barbara Long, M.D Four year Deposition History:

Deborah Hunter v Walmart—U.S. District Court of the Middle District of GA—Civil Action File # 5:04-CV-298 (CAR) (10/05)

Cynthia Rice, M.D. v Provident Mutual—Hamilton County, TN Chancery Court # 00-0657 (5/06)

Carolyn Touchel v Harry Castle, DDS—14th Judicial District Court, Calcasieu Parish, State of Louisiana— Docket No 2004-4298-E (6/06)

Shelley C. Rountree v. Robert Barnes Rountree, Jr. et al.—Case No. 06-00069 (Arbitration before the Nat'l Assn of Securities Dealers Arbitration) (10/06)

Ratasha Atkins and Jennifer Fairley v McClain Sonics, Inc., et al—U.S. District Court for the Southern District MS, Hattiesburg Division- Civ Act No. 2 05cv2184-KS-JMR (11/06)

Renee Rush v. Zimmer U.S., Inc.—Northern District of Alabama– CV-06-C-1851-NE (10/07)

Melissa Turner v Atlantic Southeast Airlines, Inc. et al: United States District Court, Northern District of GA— Civ. Act. No. 1 07-cv-0039-RLV-CCH (1/08, 3/08)

Tracey L. Etchey, et al v Dr. Jon Green, et al—Circuit Ct. Second Jud. Circuit Civ No. 04-2902 (4/08)

Amy and Robby Goolsby v Synovus Financial Corp, Total System Services, Inc. (TSYS), and Richard Marks—Civil Action No: SC 08 CV 922 (12/08)

Tracy Barker v. KBR (AAA Case No 70 480 0021206) (2/09)

Sue Gibbs vs. Georgia Pacific (Civil Action No. 08-196) (3/09)

Barbara Long, M.D. Four-Year Trial History

Hugh Devine v. Robert J Shook, Dale J. Shook, Bruce A. Asleson, and Independent Radiological Services, Ltd., Consolidated US. District Court for the District of North Dakota— Cases No. A2-02-128 (Lead), Civil No. A3-04-054 (August 2005)

Shelley C. Rountree v. Robert Barnes Rountree, Jr et al. In Arbitration before the National Association of Securities Dealers (November 2006)

Tracey L. Etchey, et al v Dr Jon Green, et al—Circuit Ct. Second Jud. Circuit Civ No. 04-2902 (June 2008)

Tracy East-Porter and Justin P. East, Plaintiffs vs. Andrew T. Salgado and Debra A. Delvecchio, Defendants Duval County Circuit Court Case # 2004-CA-003629 Division: CV-C (May 2009)

Dr. Long will be compensated at the rate of $450.00 for her services.